UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LISA S. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:14-CV-24-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [D.E. 24] is DENIED, defendant's motion for judgment on the pleadings [D.E. 37] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on August 17, 2015, and Copies To:**

| | |
|---|---|
| Meredith S. Hinton | (via CM/ECF Notice of Electronic Filing) |
| Elisa Donohoe | (via CM/ECF Notice of Electronic Filing) |

DATE:                                         JULIE RICHARDS JOHNSTON, CLERK

August 17, 2015                            (By) /s/ Crystal Jenkins

                                                     Deputy Clerk